IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| W.T. PURNELL, JR., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:15-cv-00170-LSC |
| LVNV FUNDING, LLC, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

This matter came before the Court on the Joint Motion for Entry of Judgment. (Doc. 19.) Pursuant to Rule 68 and upon consideration of the Offer of Judgment (Doc. 18), the Court ORDERS that Judgment is entered against Defendant, LVNV Funding, LLC for $3,500.00. The parties have stipulated to the amount for attorney's fees. The Court DISMISSES the case with prejudice against ALL.

**DONE** AND **ORDERED** ON APRIL 13, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182184